**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MATTHEW DEBOSE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 11-02261-RGK (SSx) |
| v. | |
| CITY OF LOS ANGELES, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

   This action having been tried before the Court sitting with a jury, the Honorable R. Gary Klausner, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Matthew DeBose

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Collin Brennan and Isidro Soto

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                        Clerk, U. S. District Court


Dated: February 24, 2012              By S. Williams
                                         Deputy Clerk

At: Los Angeles, California


cc:     Counsel of record


CV-44 (11/96)                **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**